# EXHIBIT A

FD-302 (Rev. 5-8-10)

- 1 of 1 -

## FEDERAL BUREAU OF INVESTIGATION



Date of entry    02/09/2021

On February 8, 2021, Federal Bureau of Investigation (FBI) Special Agent (SA) Diamond Outlaw and Department of Justice Office of Inspector General (DOJ-OIG) SA Brian Kelly, interviewed M███ R███ (R███), date of birth (DOB) ███████, telephone number ███████, at her residence, address ████████████████████████████████████████████. After being advised of the identity of the interviewing Agents and the nature of the interview, R███ provided the following information:

R███ was at the Los Angeles (LA) Metropolitan Detention Center (MDC) from 2009 to 2010. While she was there, ABEL CONCHO (CONCHO) was a duty officer over the inmate pod she was housed in. CONCHO was quiet and treated everyone the same. R███ heard rumors regarding sexual misconduct CONCHO was involved in with other inmates. However, R███ did not see the sexual misconduct she heard rumors about. A███ Last Name Unknown (LNU), a Filipino inmate, "threw herself" at CONCHO. R███ observed A███ walk around his desk, wearing shorts. Inmates found A███'s actions very annoying. CONCHO never acted inappropriately towards R███.

---

Investigation on  02/08/2021  at  Hawaiian Gardens, California, United States (In Person)

File #  282-LA-3232439

Date drafted  02/09/2021

by  OUTLAW DIAMOND H

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO_000016