# EXHIBIT B

Hon. R. Gary Klausner

Judge, U.S. District Court

Dear Honorable Klausner:

  I pray this letter finds you well. I write to you today on behalf of myself, Abel Concho. I would like to share a bit about myself and my upbringing so you may have a better understanding of who I am.

  I am the second of four children born to Silvino Concho and Acelia Concho. My parents immigrated to the United States in 1965 as newlyweds looking for the American Dream. I was raised in a loving home by two hardworking parents who wanted nothing but the best for their children. I grew up surrounded by the love of my parents and my siblings, Leticia, George and Bertha. I was raised in a religious household where honestly and forgiveness were practiced daily. We went to church every Sunday and had family dinners and movie nights.

  I was always a good student and stayed away from trouble. I so badly wanted to make my parents proud that I always did what was expected of me and managed to stay out of trouble. When I graduated High School I decided to join the military, U.S. Marines Corps. I served my country proudly for almost 5 years and received an honorable discharge.

  While in the military I married my High School sweetheart, we had 3 children, Andrew, Jessica and Nicholas. Sadly the marriage did not last forever, we divorced and shared custody of our children.

  I moved back in with my parents and began helping them financially as well as with errands and things around the house that they could no longer do for themselves.

  After my honorable discharge from the military I was hired by the Federal Bureau of Prisons as a correctional officer. I was proud to be a part of the Department of Justice. I learned my duties and excelled from the start. I received many awards and recognitions while I took on

additional collateral duties such as Disturbance Control Team, Firearms Instructor, and Hostage Negotiation Team. I was often asked by my superiors to train new hires and was selected to transport treaty transfers and high profile inmate movement.

I met a woman who I began dating and had a child with her. We married and eventually had a second child together. My children from this marriage are Abel Nathaniel and Allyah. During this period of my life I began drinking and eventually my drinking developed into heavy drinking problem that led to alcoholism. I was under a lot of stress due to work as well as the home environment I was in. This marriage also ended in divorce.

I was in denial of how bad my drinking had become, as I was a functioning alcoholic. I continued coming to work daily, just sober enough to drive and make it through the day. I was able to hide my drinking from everyone around me or so I thought. I knew I had potential to do more to advance in my career but did not have the motivation or confidence due to my drinking.

A co-worker I was dating and who I had my son Diego with, encouraged me to apply for Correctional Counselor. Despite lacking confidence in myself I applied and was selected and promoted to Correctional Counselor. This was a very positive change in my career, it gave me a sense of accomplishment and felt that I made a positive influence in the lives of the inmates I worked with. Helping them re-connect with their families and facilitating visiting as well as preparing them for release and re-entry into society.

Unfortunately, my heavy drinking continued and put me in a very dark time in my life. I became depressed and antisocial without realizing how much I had changed. I made many mistakes and hurt a lot of people who I loved and cared for. I felt numb and acted wreck less and fathered another child named Riley. Although I made a lot of terrible mistakes, I regret everything I did. I especially regret hurting the people I love. I have apologized to all the people I hurt and let down.

I have always provided financial support for all my children. I continue to provide financial support as well as medical, vision and dental coverage for my three minor children. I do my best to be present in their lives and encourage them to be honorable citizens.

In 2016 my father passed away at the age 82. Since his passing I have been looking after my elderly mother who is now 78 years old. My mother does not drive or speak English. Since my retirement I have become her unofficial caregiver. I drive her to her medical appointments; I take her to fill her prescriptions and monitor her medications. I take her grocery shopping and do her yard work and laundry. I also take her to church on Sundays and confession on Tuesdays.

I hope that through these words you can have a better understanding of who I am and see the human who made some mistakes but also deeply regrets the mistakes made.

Sincerely,

Abel Concho