# EXHIBIT C



# KAISER PERMANENTE.

3/2/22

To Whom It May Concern:

I am writing this letter on behalf of my patient, Abel Concho who has been my patient since 2015. I am writing this letter to summarize his current medical conditions and treatments. He also has epilepsy and is taking medication for his seizures, for which he is also following with a neurologist. Currently he had a fall with multiple rib fractures and flare of his back pain 1/27/22.

Patient Active Problem List:
  LUMBAR MUSCLE STRAIN
  SEIZURES, GENERALIZED, UNSPECIFIED TYPE
  ELEVATED AST
  INSOMNIA
  BENIGN ESSENTIAL TREMOR
  ELEVATED LIVER FUNCTION TEST
  UPPER GI HEMORRHAGE
  HX OF SEIZURE
  BURSITIS OF RIGHT OLECRANON BURSA
  ANEMIA DUE TO BLOOD LOSS
  MALLORY WEISS SYNDROME
  THROMBOCYTOPENIA, UNSPECIFIED
  HTN (HYPERTENSION)
  HX OF CORONAVIRUS COVID-19 DISEASE

Outpatient Medications Marked as Taking for the 3/2/22 encounter (Office Visit) with Matentsian, Grigor (M.D.), M.D.

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| HYDROcodone-Acetaminophen (NORCO) 5-325 mg Oral Tab | Take 1 tablet by mouth every 6 hours as needed for pain . Do not exceed 4 tablets in 24 hours | 12 tablet | 0 |
| Acetaminophen (TYLENOL) 500 mg Oral Tab | Take 2 tablets by mouth every 6 hours as needed for pain or fever . Do not exceed 6 tablets in 24 hours | 100 tablet | 0 |
| Meloxicam (MOBIC) 7.5 mg Oral Tab | Take 1 tablet by mouth daily with food. May increase to 2 tablets daily as needed for pain or inflammation | 60 tablet | 0 |
| LevETIRAcetam (KEPPRA) 750 mg Oral Tab | Take 2 tablets (= 1500 mg) orally 2 times a day | 400 tablet | 1 |
| Ferrous Sulfate 325 mg (65 mg iron) Oral Tab | Take 1 tablet by mouth every other day or as directed | 100 tablet | 1 |

Please let me know if any further questions.

Sincerely,

Grigor Matentsian, M.D.


Grigor Matentsian, MD
Kaiser Permanente
7825 Atlantic Avenue
Cudahy CA 90201
(800) 823-4040